```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 05 B 28791
      ADAM HENC
      JOLANTA T HENC                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

              Debtor
      SSN XXX-XX-3473      SSN XXX-XX-2485

-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 07/20/05 and confirmed on 10/24/05.

      2.  The case was dismissed after confirmation, 10/17/2008.

      3.  The Debtor paid a total of $   22325.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREENBROOK WEST RECREATI | SECURED | 2019.95 | .00 | 2019.95 |
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 5293.30 | .00 | 5293.30 |
| GMAC PAYMENT CENTER | SECURED | 3946.25 | 109.65 | 3946.25 |
| WORLD FINANCIAL NETWORK | SECURED | 1400.00 | 136.32 | 1400.00 |
| HARRIS BANK CONSUMER LOA | SECURED | 4381.09 | 445.74 | 4381.09 |
| CAPITAL ONE BANK | UNSECURED | 4316.43 | .00 | 365.46 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4147.46 | .00 | 351.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2921.76 | .00 | 247.38 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 17684.08 | .00 | 1497.24 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| GLEN OAKS HOSPTIAL | UNSECURED | NOT FILED | .00 | .00 |
| MANAGEMENT MARKETING SER | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL J MORRISROE LTD | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 51.78 | .00 | 4.39 |

```
            Summary of disbursements:
-----------------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED     OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 17040.59      .00    29121.51       .00      46162.10
PRINCIPAL PAID     17040.59      .00     2465.62       .00      19506.21
INTEREST PAID        691.71      .00        .00        .00        691.71
TOTAL PAID         17732.30      .00     2465.62       .00      20197.92
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2200.00
and was paid $   1000.00  direct and $   1200.00  through the plan.

The Trustee received $    927.08 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE